DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**Jack Pierce**

    **Plaintiff,**

vs.                                                                 Civil No. 08-cv-1091-AA

**Commissioner of Social Security**

    **Defendant.**

**ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $8.58, costs in the amount of $14.70, and attorney's fees in the amount of $5409.37, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this _1_ day of _March_, 20_10_.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**